**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7843**

JAMES J. OWENS-EL,

             Petitioner - Appellant,

        v.

ISAAC FULWOOD, U.S. Parole Commission Chairman; J. PATRICIA
SMOOT, U.S. Parole Commission Chairman,

             Respondents - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   William D. Quarles, Jr., District
Judge.  (1:15-cv-00209-WDQ)

Submitted:  April 21, 2016          Decided:  April 25, 2016

Before WILKINSON, KING, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James Joseph Owens-El, Appellant Pro Se.  Alex Gordon, Assistant
United States Attorney, Greenbelt, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Joseph Owens-El, a former federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Owens-El v. Fulwood, No. 1:15-cv-00209-WDQ (D. Md. Sept. 23, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2